# United States Court of Appeals
### For The District of Columbia Circuit
_____

**No. 20-1364**  September Term, 2020

EPA-85FR57398

Filed On: September 16, 2020 [1861799]

Environmental Law and Policy Center,

    Petitioner

    v.

Andrew Wheeler, Administrator, United States Environmental Protection Agency and Environmental Protection Agency,

    Respondents

------------------------------

Consolidated with 20-1367

## O R D E R

It is **ORDERED**, on the court's own motion, that these cases be consolidated. Petitioners in case No. 20-1367 are directed to file the following document(s) by the indicated date(s):

| | |
|---|---|
| Docketing Statement Form | October 16, 2020 |
| Statement of Issues to be Raised | October 16, 2020 |

                       **FOR THE COURT:**
                       Mark J. Langer, Clerk

BY:    /s/
                       Tatiana A. Magruder
                       Deputy Clerk

The following forms and notices are available on the Court's website:

Agency Docketing Statement Form