**ORAL ARGUMENT NOT YET SCHEDULED**

**UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT**

| | |
|---|---|
| ENVIRONMENTAL DEFENSE FUND, *et al.*,<br><br>      Petitioners,<br><br> v.<br><br>MICHAEL REGAN, *et al.*,<br><br>      Respondents. | Docket No. 20-1360 (and consolidated cases) |

**NOTICE OF WITHDRAWAL OF COUNSEL OF RECORD**

  Notice is hereby given that Susannah Weaver withdraws her appearance as counsel for Petitioner Environmental Defense Fund ("EDF") in the above-captioned case. EDF will continue to be represented by Sean Donahue, Vickie Patton, Rosalie Winn, and Peter Zalzal.

  Dated this 21st day of June, 2021.

                Respectfully submitted,

                /s/ *Susannah L. Weaver*

Susannah L. Weaver
Donahue, Goldberg, Weaver & Littleton
1008 Pennsylvania Ave. SE
Washington, DC 20003
(202) 569-3818
susannah@donahuegoldberg.com

*Counsel for Petitioner
Environmental Defense Fund*

# **CERTIFICATE OF SERVICE**

I hereby certify that on June 21, 2021, I caused a copy of the foregoing Notice of Withdrawal to be served by the Court's CM/ECF system on all counsel of record in this matter.

/s/ *Susannah L. Weaver*